**FILED** ON

AUG 2 6 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Karl Andre BELL

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.                              Case No: 1:15-CV-05054

                                 (To be supplied by the Clerk of this Court)

Royal Jewelers and Loan          HONORABLE VIRGINIA Kendall

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**CHECK ONE ONLY:**                    **AMENDED COMPLAINT**

___✓___        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
               U.S. Code** (state, county, or municipal defendants)

_____        **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
               28 SECTION 1331 U.S. Code** (federal defendants)

_____        **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A.    Name: _KARL ANDRE BELL_

    B.    List all aliases: _NONE_

    C.    Prisoner identification number: _____

    D.    Place of present confinement: _____

    E.    Address: _5601 S. Emaarld Apt 1C_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: _Randy coshen_

            Title: _Royal Jewelers - Owner_

            Place of Employment: _Royal Pawn_

    B.    Defendant: _whyane coshen_

            Title: _Owner_

            Place of Employment: _Royal Jewelers And Loan_

    C.    Defendant: _____

            Title: _____

            Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

ON Feb 11th 2014 I was called Niger and Told to Suck His Dick, By Employer

It wasn't the First Time that my Employer Call me A Black Nigger, OR Dum Nigger, By Randy

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I want to Sue Royal Jewelers And LOAN Aswell As Randy Owner of Royal

Also I plead to the court that CAN Not Afford A ~~~~ LAWYER.  please Help I Don't understand what AM doing

VI.    The plaintiff demands that the case be tried by a jury.  ☒ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___Aug___ day of ___26___ , 20 __15__

Kare A. Bell
(Signature of plaintiff or plaintiffs)

Karl Andre BELL
(Print name)

_____
(I.D. Number)
        4005-0166-080B  IL

5601 S Emerald St Apt 1C

Chiago Ih 60621
(Address)

6                                    Revised 9/2007